UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-4066

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

REYNOLD GEORGE SAMUELS, JR., a/k/a New York
Reggie,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. James H. Michael, Jr.,
Senior District Judge. (CR-94-8-3-2)

Submitted: June 29, 1999          Decided: October 22, 1999

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis McQ. Lawrence, ST. JOHN, BOWLING & LAWRENCE, L.L.P.,
Charlottesville, Virginia, for Appellant. Robert P. Crouch, Jr.,
United States Attorney, Jean B. Hudson, Assistant United States
Attorney, Charlottesville, Virginia.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Reynold Samuels appeals the judgment order of the district court sentencing him to forty-eight months imprisonment based on Samuels' violation of his supervised release terms.  Samuels claims that the court's finding that he possessed marijuana with an intent to distribute was not supported by a preponderance of the evidence.  Our independent review of the record reveals no error.  Accordingly, we affirm the judgment order of the district court.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                         AFFIRMED